UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ANIBAL TORRES PUELLO,<br><br>                              Plaintiff,<br><br>        -against-<br><br>U.S. EMBASSY IN SANTO DOMINGO;<br>U.S. DEPARTMENT OF STATE;<br>U.S. CUSTOMS AND BORDER<br>PROTECTION,<br><br>                              Defendants. | 21-CV-0292 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 26, 2021, dismissing the action,

IT IS ORDERED, ADJUDGED AND DECREED that the request for mandamus relief is denied.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 26, 2021
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge